UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Fabien M. K., | File No. 20-cv-1903 (ECT/DTS) |
| Petitioner, | |
| v. | |
| Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS); and United States Attorney General, | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Respondents. | |

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on November 4, 2020. ECF No. 8. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 8] is **ACCEPTED**;

2. Petitioner Fabien M. K.'s petition for a writ of habeas corpus [ECF No. 1] is **DENIED AS MOOT**; and

3. This action is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 30, 2020       s/ Eric C. Tostrud
                               Eric C. Tostrud
                               United States District Court